**E-FILED / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-1513-GHK (OPx) | Date | February 1, 2013 |
|---|---|---|---|
| Title | *US Bank National Association v. Linda D. Williams* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers) Order Remanding Action to State Court**

On September 6, 2012, Defendant Linda D. Williams ("Defendant") removed the above-titled unlawful detainer action to this Court. The Notice of Removal ("NOR") states that we have federal question jurisdiction, but the state court complaint alleges only a claim for unlawful detainer under California law. Defendant has previously tried to remove the same unlawful detainer action involving the same property on April 27, 2012. We remanded that prior action on June 4, 2012 because we lacked subject matter jurisdiction. (*See* EDCV 12-644-GHK (OPx)). Because the reasoning underlying the remand of the prior removal applies equally to this removal, we hereby **REMAND** this action to the state court from which it was removed. Plaintiff's Motion to Remand is **DENIED** as moot. [Dkt. No. 13].

**IT IS SO ORDERED.**

                                                                                                              :  
                                                          Initials of Deputy Clerk      Bea